WALKER J. BURNS, Individually and as Administrator of the Estate of MILDRED T. BURNS, Deceased, Appellant, v. JOHN G. TURNBULL et al., Respondents, et al., Defendants.—

Carswell, Johnston, Adel, Taylor and Lewis, JJ., concur.